1

**PINNOCK & WAKEFIELD, A.P.C.**
David C. Wakefield, Esq.      Bar #: 185736
2   3033 Fifth Avenue, Suite 410
San Diego, CA  92103
3   Telephone: (619) 858-3671
Facsimile: (619) 858-3646

4

Attorneys for Plaintiff

5

6

7                          UNITED STATES DISTRICT COURT

8                        NORTHERN DISTRICT OF CALIFORNIA

9

10   **ROBERT McCARTHY ,**                        **Case No.:  C07-3516 RMW**

11                                  **Plaintiff,**    **NOTICE OF VOLUNTARY DISMISSAL**
                                                  **WITHOUT PREJUDICE OF ONLY**
12            **v.**                                **DEFENDANT SHC NEW SANTA**
                                                  **CLARA, LLC**
13   **HYATT CORPORATION d.b.a. HYATT**
     **REGENCY SANTA CLARA; SHC NEW**
14   **SANTA CLARA, LLC; And DOES 1**
     **THROUGH 10, Inclusive**
15                                              [Fed.R.Civ.P. Rule 41(a)(1)]
                                  **Defendants.**
16

17

18

19

20

21

22

23

24

25   ///

26   ///

27   ///

28

Document Date: October 16, 2007

Plaintiff ROBERT MCCARTHY hereby gives Notice of his Voluntary Dismissal WITHOUT Prejudice as to ONLY Defendant SHC NEW SANTA CLARA, LLC.

**IT IS SO REQUESTED AND NOTICE GIVEN.**

Dated:  October 16, 2007                    **PINNOCK & WAKEFIELD, A.P.C.**

By:    /S/ David C. Wakefield
David C. Wakefield, Esq.
Attorney for Plaintiff Robert McCarthy

Document Date: October 16, 2007

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

### CERTIFICATE OF PROOF OF SERVICE
### STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action; my business address is 3033 Fifth Avenue, Suite 410, San Diego, California, 92103.

On this date, I served the following document(s) described as **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF ONLY DEFENDANT SHC NEW SANTA CLARA, LLC** on the following parties in this action by:

____**X**____ **BY ELECTRONIC SERVICE TRANSMISSION** via the United States District Court, Northern District of California, Case Management/Electronic Case Files, Filing System. I served a copy of the above listed document(s) to the e-mail addresses of the addressee(s) by use of email as identified and maintained therein.

Rosalyn P. Mitchell, Esq.

David A. Kolek, Esq.

Nixon Peabody LLP

Two Embarcadero Center, 18th Floor

San Francisco, CA 94111

RMitchell@NixonPeabody.com

DKolek@NixonPeabody.com

Attorneys for Defendant **HYATT CORPORATION d.b.a. HYATT REGENCY SANTA CLARA**

____ **BY MAIL:** placing _____ the original __**x**___ a true copy thereof enclosed in sealed enveloped addressed as stated above. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid, mailed at San Diego, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

__**X**___ **FEDERAL:** I declare that I am employed in the office of a member of the Bar of this Court, at whose direction this service was made.

**EXECUTED** on October 16, 2007, at San Diego, California.

/S/David C. Wakefield
David C. Wakefield

Document Date: October 16, 2007