**PINNOCK & WAKEFIELD**
A Professional Corporation
David C. Wakefield, Esq.          Bar #: 185736
Theodore A. Pinnock, Esq.          Bar #: 153434
7851 Mission Center Court, Suite 310
San Diego, CA 92108
Telephone:  619.858.3671
Facsimile:  619.858.3646

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBERT MCCARTHY,** | **Case No.:  C07-3516 RMW** |
| **Plaintiff,** | **NOTICE OF NEED FOR MEDIATION IN AMERICANS WITH DISABILITIES ACT ACTION** |
| **v.** | |
| **HYATT CORPORATION d.b.a. HYATT REGENCY SANTA CLARA; SHC NEW SANTA CLARA, LLC; And DOES 1 THROUGH 10, Inclusive** | |
| **Defendants.** | |

/ / /

/ / /

/ / /

1

1

2

3

4

Plaintiff Robert McCarthy hereby notifies the court that this matter requires mediation pursuant to the Scheduling Order issued in this matter.  Plaintiff Robert McCarthy hereby requests that this matter be directed to mediation.

5

Respectfully submitted:

6

**PINNOCK & WAKEFIELD, A.P.C.**

7

8

Dated: <u>September 5, 2008</u>

9

<u>/S/  David C.Wakefield</u>
DAVID C. WAKEFIELD, ESQ.
Attorneys for Plaintiff

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

Notice of Need For Mediation
Case Number: C07-3516 RMW

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

   I am employed in the County of San Diego, State of California.  I am over the age of 18 and not a party to the within action; my business address is 7851 Mission Center Court, Suite 310, San Diego, California, 92108.

   **On this date, I served the following document(s) described as <u>NOTICE OF NEED FOR MEDIATION IN AMERICANS WITH DISABILITIES ACT ACTION</u>**

on the following parties in this action by:

   **__X___ BY ELECTRONIC SERVICE TRANSMISSION** via the United States District Court, Northern District of California, Case  Management/Electronic Case Files, Filing System.  I served a copy of the above listed document(s) to the e-mail addresses of the addressee(s) by use of email as identified and maintained therein.

Rosalyn P. Mitchell, Esq.
David A. Kolek, Esq.
Nixon Peabody LLP
Two Embarcadero Center, 18th Floor
San Francisco, CA 94111
RMitchell@NixonPeabody.com
DKolek@NixonPeabody.com
Attorneys for Defendant **HYATT CORPORATION d.b.a. HYATT REGENCY SANTA CLARA**

   _____ **BY MAIL:** placing  _____ the original  __x___ a true copy thereof enclosed in sealed enveloped addressed as stated above.  I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice, it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid, mailed at San Diego, California, in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.
   **__X___ FEDERAL:** I declare that I am employed in the office of a member of the Bar of this Court, at whose direction this service was made.
   **EXECUTED** on September 5, 2008, at San Diego, California.

                         /S/David C. Wakefield_____
                         David C. Wakefield

                              Notice of Need For Mediation
                              Case Number: C07-3516 RMW