*E-FILED - 10/26/09*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT McCARTHY , <br><br>　　　　　　　Plaintiff, <br>　v. <br><br>HYATT CORPORATION d.b.a. HYATT REGENCY SANTA CLARA; SHC NEW SANTA CLARA, LLC; And DOES 1 THROUGH 10, Inclusive <br>　　　　　　　Defendants. | Case No.:  C07-3516 RMW <br><br>ORDER FOR DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS AND PLAINTIFFS' COMPLAINT IN ITS ENTIRETY <br><br><br>[Fed.R.Civ.P. Rule 41(a)(1,2) |

///

///

///

1    Case Number: C 07- 3516 RMW

Document Date: August 24, 2009

1    **IT IS HEREBY ORDERED,** pursuant to the Stipulated Dismissal With Prejudice Of
2    All Defendants on file herein, that all Defendants including but not limited to HYATT
3    CORPORATION d.b.a. HYATT REGENCY SANTA CLARA;  SHC NEW SANTA CLARA,
4    LLC, HYATT CORPORATION; HYATT EQUITIES, LLC; and HYATT REGENCY SANTA
5    CLARA are hereby dismissed with prejudice.  Additionally, Plaintiffs' Complaint is dismissed
6    with prejudice in its entirety.  Finally, each party shall bear their own respective costs and fees.
7    **IT IS SO ORDERED.**
8    Dated:  10/26/09

By:  *Ronald M. Whyte*
Hon. Ronald M. Whyte
United States District Judge

2    Case Number: C 07- 3516 RMW

Document Date: August 24, 2009